ENTERED
CLERK, U.S. DISTRICT COURT

OCT 19 1999

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

P - 8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DARRYL POLK,                        )
                                    )
              Petitioner,           )    Case No. CV 97-8304-RAP(VAP)
                                    )
     v.                             )         JUDGMENT
                                    )
GARY LINDSEY, WARDEN, et al.,       )
                                    )
              Respondents.          )
_____)

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied with prejudice.

DATED: _October 7_, 1999

RICHARD A. PAEZ

_____
RICHARD A. PAEZ
UNITED STATES DISTRICT JUDGE

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

OCT 19 1999

• Docketed
• Mld copy Ptys
• Mld Notice Ptys
• JS-6

50