JUDGMENT

===================================================================



UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

----------------



NO. 00-55087
CT/AG#: CV-97-08304-RAP

DARRYL POLK

       Petitioner - Appellant

v.

GARY LINDSEY; ATTORNEY GENERAL OF THE STATE OF CALIFORNIA

       Respondents - Appellees



----------------------

    APPEAL FROM the United States District Court for the
Central District of California, Los Angeles .

    THIS CAUSE came on to be heard on the Transcript of the
Record from the United States District Court for the
Central District of California, Los Angeles
and was duly submitted.

    ON CONSIDERATION WHEREOF, It is now here ordered and
adjudged by this Court, that the judgment of the said
District Court in this cause be, and hereby is     ____
AFFIRMED.

Filed and entered     __12/7/00____

.... DOCKETED
.... MLD COPY PTYS
.... MLD NOTICE PT. S
.. JS-6



JAN 17 2001

NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 0 7 2000

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

DARRYL POLK,

Petitioner-Appellant,

v.

GARY LINDSEY; ATTORNEY GENERAL
OF THE STATE OF CALIFORNIA,

Respondents-Appellees.

No. 00-55087

D.C. No. CV-97-08304-RAP

MEMORANDUM[1]

Appeal from the United States District Court
for the Central District of California
Richard A. Paez, District Judge, Presiding

Argued and Submitted November 15, 2000
Pasadena, California

Before:    BRIGHT,[2] T.G. NELSON, and W. FLETCHER, Circuit Judges

Petitioner Polk appeals the denial of his petition for a writ of habeas corpus.

He was convicted in California Superior Court of two counts of first degree murder,

---

[1]    This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36-3.

[2]    Honorable Myron H. Bright, Senior United States Circuit Judge for the Eighth Circuit, sitting by designation.

as well as two counts of robbery and one of first degree burglary. Petitioner claims that his counsel provided ineffective assistance at trial. We affirm the denial of the petition.

In order to establish ineffective assistance of counsel, Petitioner must prove that (1) his attorney failed to provide "reasonably effective assistance," and (2) "the deficient performance prejudiced the defense." *Strickland v. Washington*, 466 U.S. 668, 689 (1984). Petitioner first claims that his attorney's decision not to hire an expert to transcribe a police tape recording constituted ineffective assistance of counsel. We need not reach the question whether this decision was "reasonably effective counsel"; even if it was not, Petitioner failed to establish that the decision prejudiced his defense. The members of the jury were twice admonished that they should make decisions based on the tape itself, not on any transcript. In addition, Petitioner failed to establish that the jury would have found an expert's transcript less incriminating than the transcript Petitioner's counsel provided.

Petitioner's second claim, regarding his attorney's decision not to investigate the original tape recording and the enhancement process, fails both prongs of the *Strickland* test. Because tape enhancement is standard procedure in criminal cases, it was not unreasonable for Petitioner's attorney to conclude that investigation of the enhancement process and original tape was unlikely to unearth any new and helpful

2

evidence. Even if that decision was unreasonable, there is no evidence that anything

of substance was lost in the transcription process, much less that any exculpating

statements disappeared.

AFFIRMED.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST:

JAN 04 2001

by:
Deputy Clerk

3

INTERNAL USE ONLY: Proceedings include all events.
00-55087 Polk v. Lindsey, et al

DARRYL POLK                              C. Delaine Renard
        Petitioner - Appellant           510/665-5900
                                         Suite 247
                                         [COR LD NTC ret]
                                         2625 Alcatraz Avenue
                                         Berkeley, CA 94705


    v.

GARY LINDSEY                             Brad D. Levenson, Esq.
        Respondent - Appellee            213/897-2000
                                         Suite 500
                                         [COR LD NTC dag]
                                         OFFICE OF ATTORNEY GENERAL
                                         300 S. Spring St.
                                         Los Angeles, CA 90013

ATTORNEY GENERAL OF THE STATE            Brad D. Levenson, Esq.
OF CALIFORNIA                            (See above)
        Respondent - Appellee            [COR LD NTC dag]