ORIGINAL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - APPEALS

Case No. CV-97-8304-RAP                Date: 1-12-01
U.S.C.A. # 00-55087
Title: Darryl Polk -v- Gary Lindsey, et al
================================================================

PRESENT:    THE HONORABLE RICHARD A. PAEZ, U.S. CIRCUIT JUDGE
            Sitting By Designation
            Debra L. O'Neill              N/A
            Courtroom Clerk            Court Reporter


ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:
1. N/A                                1.      N/A
2. _____               2._____
3. _____               3._____


PROCEEDINGS:    FILING AND SPREADING MANDATE OF THE NINTH CIRCUIT COURT OF APPEALS

_____ IN COURT    X   IN CHAMBERS(No hearing necessary)  X   COUNSEL NOTIFIED


The Court ORDERS that the mandate of the Ninth Circuit Court of Appeals:

    X   Affirming          _____ Remanding        _____ Reversing and Remanding

    _____ Affirming in part, reversing in part    _____ Dismissing Appeal

    _____ The record reflects that costs of the prevailing party were taxed by the
    Ninth Circuit Court of Appeals in the amount of $_____ on_____.

    _____ Other:_____

is hereby filed and spread upon the minutes of this District Court.


(ENTERED _____)                _____ MAKE JS-5


MINUTES FORM CV 48                    Initials of Deputy Clerk___W___
CIVIL MINUTES - APPEALS

CV-48(02/98)                CIVIL MINUTES-APPEALS

ENTERED ON ICMS
JAN 17 2001

JAN 17 20..

60